JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
   E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ALEJANDRO CALDERON ROJAS ) <br> ) <br>    Defendant. ) <br> ) | Criminal No. CR 08-0822 MHP <br><br> [~~PROPOSED~~] **ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 17, 2008 TO DECEMBER 8, 2008** |

     The parties appeared before the Honorable Marilyn Hall Patel on November 17, 2008. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from November 17, 2008 to December 8, 2008, in light of the need for defendant's counsel to  review discovery.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

     2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0822 MHP**

excluding the period from November 17, 2008 to December 8, 2008, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 17, 2008 to December 8, 2008, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

  IT IS SO STIPULATED.

DATED: November 17, 2008        /s/
                RITA BOSWORTH
                Counsel for Alejandro Calderon Rojas

DATED: November 17, 2008        /s/
                JEANE HAMILTON
                Special Assistant United States Attorney

  IT IS SO ORDERED.

DATED: 11/18/08

THE HON. MARILYN HALL PATEL
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]*

**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0822 MHP**      2