1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JEANE HAMILTON (CABN 157834)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue
6    San Francisco, California  94102
     Telephone: (415) 436-7129
7    Facsimile: (415) 436-7234
     E-Mail: Jeane.Hamilton2@usdoj.gov
8
   Attorneys for the United States
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )   Criminal No. CR 08-0822 MHP
                                         )
14        Plaintiff,                     )
                                         )
15                                       )   [PROPOSED] ORDER AND
        v.                               )   STIPULATION EXCLUDING TIME
16                                       )   FROM DECEMBER 8, 2008 TO
   ALEJANDRO CALDERON ROJAS              )   FEBRUARY 2, 2009
17                                       )
        Defendant.                       )
18                                       )

19  _____

20      The parties appeared before the Honorable Marilyn Hall Patel on December 8, 2008.

21  With the agreement of counsel for both parties, the Court found and held as follows:

22      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

23  § 3161, from December 8, 2008 to February 2, 2009, in light of the need for defendant's counsel

24  to  review discovery.  Failure to grant the requested continuance would unreasonably deny

25  defense counsel reasonable time necessary for effective preparation, taking into account the

26  exercise of due diligence and the need for counsel to review the discovery with the defendant.

27      2. Given these circumstances, the Court found that the ends of justice served by

28  **[PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 08-0822 MHP**

excluding the period from December 8, 2008 to February 2, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 8, 2008 to February 2, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 8, 2008
        /s/
RITA BOSWORTH
Counsel for Alejandro Calderon Rojas

DATED: December 8, 2008
        /s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 12/10/2008



THE HON. MARILYN H. PATEL
United States District Judge

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME**
**CR 08-0822 MHP**    2